**Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00997-CV
_____

**MICHAEL SCROGGINS D/B/A 2 WHEEL CITY, KEVIN EARL HUGHES AND WALTHER NAHUN PENA, Appellants**

**V.**

**CTC FINANCIAL, LLC, Appellee**

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1132938**

---

## ORDER

The notice of appeal in this case was filed December 17, 2019. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. See Tex. R. Civ. P. 145. On January 21, 2020, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response

with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that arrangements have been made to pay for the clerk's record on or before February 26, 2020. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.